The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| TRISHA YORK, a Washington resident, | |
| Plaintiff, | Case No.: 2:19-cv-02100-RSL |
| vs. | STIPULATED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT |
| HR ACQUISITION I CORPORATION, a foreign corporation, | |
| Defendant. | NOTED ON CALENDAR: JANUARY 22, 2020 |

## STIPULATION

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendant HR Acquisition I Corporation ("HR Acquisition") to file its response to Plaintiff's Complaint, which was filed on December 30, 2019 (Dkt. No. 1).

Plaintiff served HR Acquisition with a copy of the Complaint on January 2, 2020. In the absence of an Order extending the deadline to respond to Plaintiff's Complaint, Defendant HR Acquisition response to Plaintiff's Complaint must be filed with the Court no later than January 23, 2020. The Parties join in asking the Court for this extension so they can focus their efforts on obtaining a negotiated resolution to this matter without further involving the Court in this dispute. The Parties are optimistic that, with the additional time provided by the proposed extension, they can resolve some or all of the claims asserted in Plaintiff's Complaint.

The Parties therefore jointly ask the Court to extend Defendant's time to answer or

STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT - 1
(No. 2:19-cv-02100)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

otherwise respond to Plaintiff's Complaint, and to establish a new response deadline of Monday, February 3, 2020.

Dated: January 22, 2020.

| WA CIVIL & DISABILITY ADVOCATE | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Michael Terasaki<br>　Conrad Reynoldson, WSBA #48187<br>　Michael Terasaki, WSBA #51923<br>　WA Civil & Disability Advocate<br>　4115 Roosevelt Way NE, Ste B<br>　Seattle, WA 98105<br>　Phone: 206-428-3558<br>　conrad@wacda.com<br>　terasaki@wacda.com<br>　*Attorneys for Plaintiff* | By: /s/ Laurence A. Shapero<br>　Laurence A. Shapero, WSBA #31301<br>　1201 Third Avenue, Suite 5150<br>　Seattle, WA 98101<br>　Phone: 206-693-7057<br>　laurence.shapero@ogletree.com<br><br>　*Attorneys for Defendants HR Acquisition I Corporation* |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2
(No. 2:19-cv-02100)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## ~~PROPOSED~~ ORDER

Pursuant to the stipulated motion of the parties as set forth above, IT IS HEREBY ORDERED that the parties' motion is GRANTED, and IT IS HEREBY ORDERED that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended to February 3, 2020.

IT IS SO ORDERED this  28  day of  January , 2020.

*/s/ Robert S. Lasnik*

Honorable Robert S. Lasnik
United States District Court Judge

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 3
(No. 2:19-cv-02100)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058