# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRISHA YORK, <br><br> Plaintiff, <br><br> v. <br><br> HR ACQUISITION I CORPORATION, <br><br> Defendant. | NO. C19-2100RSL <br><br> ORDER REOPENING CASE |

This matter comes before the Court on plaintiff's motion to reopen the above-captioned case because the anticipated settlement has not been perfected. Dkt. # 10. Defendant has not opposed the motion. Having reviewed the motion and the remainder of the record, the Clerk of Court is directed to reopen this case and to issue an amended order requiring initial disclosures and a joint status report.

Dated this 13th day of April, 2020.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REOPENING CASE- 1